FILED

'07 MJ2586

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> Alfredo Sierra-Cardenas ) <br> ) <br> Eduardo Luis Sierra ) <br> Defendants, ) <br> _____ ) | COMPLAINT FOR VIOLATION OF <br><br> Title 21, U.S.C., Sections 952 and 960 <br> Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about November 1, 2007, within the Southern District of California, Alfredo Sierra-Cardenas and Eduardo Luis Sierra, did knowingly and intentionally import approximately 8.90 kilograms of methamphetamine and 1.2 kilograms of Cocaine, Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Nathan A. Emery, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF NOVEMBER, 2007.

MAGISTRATE JUDGE

## STATEMENT OF FACTS

On November 1, 2007, at approximately 1329 hrs, Alfredo Sierra-Cardenas, a Mexican citizen, and Eduardo Luis Sierra, a United States Citizen, entered the United States from the Republic of Mexico at the Tecate Port of Entry. Alfredo Sierra-Cardenas was the driver and Eduardo Luis Sierra was a passenger of a white 1999 Dodge Ram 1500, bearing California license plate number 6C01502. As the vehicle and its occupants approached primary lane number two at the Tecate Port of Entry, a random computer generated referral was produced and the vehicle was subsequently referred to the secondary lot for further inspection.

On November 1, 2007, at approximately 1345 hours, while performing duties in the secondary inspection lot at the Tecate Port of Entry, U.S. Customs and Border Protection Canine Enforcement Officer Kenneth Lawson's Narcotics Detection Dog, "Henry", alerted to a narcotic odor emitting from the rear seat of the 1999 Dodge Ram 1500. Further inspection of the vehicle revealed seven packages containing approximately 8.90 kilograms of a white crystalline substance found concealed in a non-factory compartment beneath the rear bench-seat of the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of methamphetamine. Additionally, one package containing 1.20 kilograms of a white powdery substance was discovered in the same location. A presumptive test of a sample taken from that package revealed a positive reaction to the presence of cocaine.

Alfredo Sierra-Cardenas and Eduardo Luis Sierra were arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and were booked into the Metropolitan Correction Center, San Diego, CA.

_____
Nathan A. Emery, Special Agent
U.S. Immigration and
Customs Enforcement