**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: elizabeth_barros@fd.org

Attorneys for Eduardo Luis Sierra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07MJ2586-02 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| EDUARDO LUIS SIERRA, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Gerald T. McFadden
gtmcfadden@hotmail.com

Respectfully submitted,

DATED:        November 6, 2007                   /s/ Elizabeth M. Barros
                                                **ELIZABETH M. BARROS**
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Eduardo Luis Sierra