FILED

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3247-JAH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of methamphetamine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony); Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| ALFREDO SIERRA-CARDENAS (1), ) EDUARDO LUIS SIERRA (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about November 1, 2007, within the Southern District of California, defendants ALFREDO SIERRA-CARDENAS and EDUARDO LUIS SIERRA, did knowingly and intentionally import approximately 8.90 kilograms (19.58 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

//
//
//
//

DDL:rp:San Diego
11/16/07

### Count 2

On or about November 1, 2007, within the Southern District of California, defendants ALFREDO SIERRA-CARDENAS and EDUARDO LUIS SIERRA, did knowingly and intentionally import approximately 1.2 kilograms (2.64 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: 12/4/07

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney