U.S.A. vs **Eduardo Luis Sierra (2)**          No. **07CR3247-JAH**

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __12-11-07__ and ended on __3-10-08__ ; (MNT)
_____ and ended on _____ . ( )

**3161(h)**

__ (1)(A)   Exam or hrg for **mental or physical incapacity**                                A
__ (1)(B)   **NARA exam**ination (28:2902)                                                    B
__ (1)(D)   State or Federal trials or **other charges pending**                              C
__ (1)(E)   **Interlocutory appeals**                                                         D
__ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                      E
__ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                         F
__ (1)(J)   **Proceedings under advisement** not to exceed thirty days                        G
__          Misc proc: Parole or prob rev, deportation, **extradition**                       H
__ (1)(H)   **Transportation** from another district or to/from examination                   6
            or hospitalization in ten days or less
✓ (1)(I)   Consideration by Court of **proposed plea agreement**                             (7)
__ (2)      **Prosecution deferred** by mutual agreement                                      I
__ (3)(A)(B) **Unavailability of defendant** or **essential witness**                         M
__ (4)      Period of **mental or physical incompetence** of defendant to stand trial         N
__ (5)      Period of **NARA commitment or treatment**                                        O
__ (6)      **Superseding indictment and/or new charges**                                     P
__ (7)      **Defendant awaiting trial of co-defendant** when no severance has been granted   R
__ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than                   T
            one of the reasons below are given in support of continuance
__ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                         (T1)
              would result in a **miscarriage of justice** and
              the ends of justice outweigh the best interest
              of the public and the defendant in a speedy trial.
              (**Continuance - miscarriage of justice**)
X            2) Failure to grant a **continuance** of the trial would result in
              a miscarriage of justice as the defendant has tendered a
              guilty plea to a magistrate judge and is awaiting a
              determination as to whether the plea will be accepted.
              (**Continuance - tendered a guilty plea**)
__ (8)(B)(ii)  2) **Case unusual or complex**                                                 T2
__ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days     T3
__ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,           T4
               or give reasonable time to prepare
               (**Continuance re counsel**)
__ 3161(I)    Time up to **withdrawal of guilty plea**                                        U
__ 3161(b)    **Grand jury indictment time extended** thirty (30) more days                   W

Date __12-11-07__                                                CAB
                                                         Judge's Initials