**ELIZABETH M. BARROS**
California Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467 ext. 3701

Attorneys for Mr. Sierra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 07CR3247-JAH |
| Plaintiff, | ) ) ) | Date: March 24, 2008 Time: 10:30 a.m. |
| v. | ) ) | APPLICATION FOR ORDER SHORTENING |
| EDUARDO LUIS SIERRA, | ) ) | TIME; AND ORDER THEREON |
| Defendant. | ) ) | |

Eduardo Luis Sierra, by and through his attorneys, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., requests an order shortening time for the filing of *Defendant's Sentencing Memorandum* to March 21, 2008. Mr. Sierra is housed at CCA, therefore, communication with him in preparation for sentencing was difficult. Moreover, counsel was waiting for a decision from the government with respect to safety-valve before filing the sentencing papers in this case. Finally, this week was counsel's case assignment week and counsel was out of state on an investigation during part of the week.

Dated:    March 21, 2008                           Respectfully Submitted,


                                                    /s/ Elizabeth M. Barros
                                                   **ELIZABETH M. BARROS**
                                                   Federal Defenders of San Diego, Inc.
                                                   Attorneys for Mr. Sierra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 07CR3247-JAH |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SHORTENING TIME |
| EDUARDO LUIS SIERRA, | ) | |
| Defendant. | ) | |

Application for Order Shortening Time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS ORDERED** that the time for filing the Defendant's Sentencing Memorandum be shortened to March 21, 2008.

**SO ORDERED.**

DATED: _____

_____
**HONORABLE JOHN A. HOUSTON**
United States District Judge