1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Eduardo Luis Sierra

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07CR3247-JAH-02 |
| 12      Plaintiff, | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| 14 EDUARDO LUIS SIERRA, | ) | |
| 15      Defendant. | ) | |

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18 Caleb E. Mason
caleb.mason@usdoj.gov,yvette.reyes@usdoj.gov,efile.dkt.gc1@usdoj.gov; and

19 Gerald T. McFadden
20 gtmcfadden@hotmail.com

21                                         Respectfully submitted,

23 DATED:     March 21, 2008          /s/ Elizabeth M. Barros
                                      **ELIZABETH M. BARROS**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Eduardo Luis Sierra