1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10          **(HONORABLE JOHN A. HOUSTON)**

11  UNITED STATES OF AMERICA,           )    U.S.D.C. No. 07CR3247-JAH
                                                          )
12                    Plaintiff,                          )
                                                          )
13  v.                                                    )    ORDER SHORTENING TIME
                                                          )
14  EDUARDO LUIS SIERRA,                       )
                                                          )
15                    Defendant.                      )
                                                          )
16  _____)

17       Application for Order Shortening Time having been made in the above-entitled matter, the

18  Court being fully advised and good cause appearing therefore,

19       **IT IS ORDERED** that the time for filing the Defendant's Sentencing Memorandum be

20  shortened to March 21, 2008.

21       **SO ORDERED.**

22  DATED:  March 21, 2008

23                                                          **HONORABLE JOHN A. HOUSTON**
                                                          United States District Judge
24

25

26

27

28